## Commonwealth *v.* Lewis, Appellant.

Argued November 12, 1973. *Larry P. Gaitens,* with him *Lucchino, Gaitens & Hough,*

for appellant; *Stephanie Popivchak,* with her *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.